IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:21-cr-106-TFM-B |
| | ) |
| JAMES MELVIN HARBISON, JR. | ) |

ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT

On September 21, 2021, the Defendant James Melvin Harbison, Jr., by consent, appeared before the Magistrate Judge and entered a plea of guilty to Counts One through Seven of the Indictment (Doc. 1) charging a violation of Title 21, United States Code, Section 841(a)(1), Possession with Intent to Distribute (methamphetamine). *See* Doc. 27. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 28. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Counts 1, 2, 3, 4, 5, 6, and 7 of the Indictment is accepted, and the Defendant is adjudged guilty of such offenses.

A sentencing hearing has been scheduled for **December 16, 2021 at 2:30 p.m.** under separate Order.

**DONE** and **ORDERED** this 6th day of October, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE